AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

JESUS ARMENDARIZ,

|  |  |
|---|---|
|  | ) |
| _Plaintiff_ | ) |
| v. | )   Civil Action No.   1:15-CV-3136-FVS |
|  | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security |  |
|  |  |
| _Defendant_ |  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is granted;
Defendant's Motion for Summary Judgment (ECF No. 14) is denied; and
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Fred Van Sickle _____ on a motion for
summary judgment and report and recommendation.

Date:   11/16/2016 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Cora Vargas _____
*(By) Deputy Clerk*

Cora Vargas _____